**EXHIBIT C**

**Ver Ploeg & Marino, P.A.**

100 S.E. Second Street, Suite 3300
Miami, Florida 33131-2151
305.577.3996:  TEL
305.577.3558:  FAX

Tax ID #65-0615033

September 23, 2022

All American Lube of Boca, Inc.


**All American Lube adv Century**                                                                                           A131.100


**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/07/21 | AAL | Call with potential client regarding ▮ | 0.40 |
| 12/09/21 | MCG | Communicate with AAL re: ▮ | 0.10 |
| 12/10/21 | MCG | Review/analyze ▮ and retrieve working set of documents | 0.60 |
| 12/10/21 | MCG | Communicate with AAL re: ▮ | 0.10 |
| 12/10/21 | AAL | Draft Notice of Appearance | 0.20 |
| 12/10/21 | AAL | Draft Corporate Disclosure Statement | 0.20 |
| 12/10/21 | AAL | Draft email to client regarding ▮ | 0.10 |
| 12/15/21 | MCG | Communicate (other external) with/advance documents to court re: Notices of Appearance for SAM and AAL, Corporate Disclosure Statement | 0.30 |
| 01/04/22 | AAL | Draft email to client | 0.10 |
| 01/04/22 | AAL | Review of docket | 0.10 |
| 01/04/22 | AAL | Receipt of ▮ from client | 0.10 |
| 01/04/22 | AAL | Review of September 15th letter to Century | 0.10 |
| 01/04/22 | AAL | Draft email to ▮ regarding underlying matter | 0.10 |
| 01/04/22 | AAL | Receipt of email from ▮ and draft response regarding same | 0.10 |
| 01/05/22 | AAL | Prepare for call with ▮ | 0.20 |
| 01/05/22 | AAL | Call with counsel ▮ | 0.30 |
| 01/05/22 | AAL | Review of correspondence related to underlying claim | 0.40 |
| 01/06/22 | AAL | Communicate with SAM regarding ▮ | 0.20 |
| 01/10/22 | AAL | Draft Civil Remedy Notice | 1.30 |
| 01/10/22 | AAL | Draft Answer and Affirmative Defenses to Complaint | 1.50 |
| 01/10/22 | AAL | Review of ▮ for purposes of preparing ▮ | 0.40 |
| 01/10/22 | AAL | Review ▮ for purposes of preparing ▮ | 0.50 |
| 01/10/22 | AAL | Call with client | 0.40 |
| 01/10/22 | AAL | Draft email to client | 0.10 |
| 01/10/22 | AAL | Initial research regarding ▮ | 1.50 |
| 01/11/22 | MCG | Communicate with AAL re: ▮ | 0.10 |
| 01/11/22 | AAL | File Civil Remedy Notice | 0.20 |
| 01/14/22 | AAL | Draft Rule 26 disclosures | 0.90 |
| 01/14/22 | AAL | Receipt of email from opposing counsel regarding extension for service | 0.10 |
| 01/16/22 | AAL | Receipt of paperless order | 0.10 |
| 01/19/22 | MCG | Communicate with AAL re: tasks | 0.20 |
| 01/19/22 | AAL | Communicate with MCG regarding ▮ | 0.30 |
| 01/19/22 | AAL | Analyze insurance policy | 1.40 |
| 01/19/22 | MCG | Manage data/files re client documents; update network drive with same | 0.40 |
| 01/19/22 | MCG | Review/analyze client documents and prepare ▮ | 0.60 |
| 01/21/22 | MCG | Draft/revise ▮ to century | 0.50 |
| 01/24/22 | AAL | Draft/revise ▮ | 0.40 |
| 01/25/22 | AAL | Draft/revise ▮ and communicate with MCG regarding same | 0.30 |
| 02/03/22 | AAL | Communicate with TDA regarding ▮ | 0.30 |
| 02/03/22 | MCG | Revise ▮ for review by AAL | 1.10 |
| 02/03/22 | MCG | Revise ▮ for review by AAL | 0.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/11/22 | AAL | Draft/revise ▇▇▇ | 0.70 |
| 03/04/22 | TDA | Review/analyze email from ▇▇▇ | 0.30 |
| 03/04/22 | TDA | Review/analyze ▇▇▇ correspondence from ▇▇▇ | 0.20 |
| 03/04/22 | TDA | Review/analyze complaint | 0.30 |
| 03/04/22 | TDA | Review/analyze notes on ▇▇▇ description | 0.10 |
| 03/04/22 | TDA | Research whether ▇▇▇ | 4.20 |
| 03/04/22 | TDA | Draft/revise coverage analysis letter: | 1.50 |
| 03/10/22 | AAL | Receipt and review of Century's CRN response | 0.10 |
| 03/10/22 | AAL | Receipt and review of Century's letter dated Mar 10, 2022 | 0.20 |
| 03/14/22 | MCG | Communicate with AAL re upcoming deadlines and tasks | 0.10 |
| 03/17/22 | TDA | Communicate with AAL re: ▇▇▇ | 0.10 |
| 03/18/22 | AAL | Receipt of email from counsel regarding motion for extension | 0.10 |
| 03/18/22 | AAL | Draft email to opposing counsel | 0.10 |
| 03/18/22 | AAL | Call with ▇▇▇ | 0.10 |
| 03/21/22 | AAL | Call with client | 0.10 |
| 03/21/22 | AAL | Receipt of motion regarding extension/stay | 0.10 |
| 03/21/22 | AAL | Receipt of order | 0.10 |
| 03/21/22 | TDA | Draft/revise memorandum: policy | 0.90 |
| 03/22/22 | AAL | Draft email to client regarding ▇▇▇ | 0.10 |
| 05/20/22 | AAL | Receipt and review of status report filed | 0.10 |
| 05/20/22 | MCG | Communicate with AAL re: ▇▇▇ | 0.20 |
| 05/20/22 | TDA | Review/analyze 60-day status report | 0.00 |
| 07/22/22 | TDA | Communicate with AAL re: ▇▇▇ | 0.40 |
| 08/08/22 | TDA | Communicate with AAL and MCG re: ▇▇▇ | 0.10 |
| 08/08/22 | MCG | Conference with AAL & TDA re: ▇▇▇ | 0.10 |
| 09/07/22 | TDA | Research ▇▇▇ | 1.30 |
| 09/19/22 | AAL | Draft/revise motion to dismiss | 2.10 |
| 09/20/22 | TDA | Review/analyze status report re: ▇▇▇ | 0.10 |
| 09/20/22 | TDA | Communicate (in firm) with AAL: ▇▇▇ | 0.20 |
| 09/20/22 | TDA | Research ▇▇▇ | 0.90 |
| 09/20/22 | TDA | Draft/revise notes re: ▇▇▇ | 0.50 |
| 09/20/22 | TDA | Review/analyze Civil Remedy Notice | 0.20 |
| 09/20/22 | TDA | Research ▇▇▇ | 0.30 |
| 09/20/22 | TDA | Review/analyze draft of Motion to Dismiss | 0.50 |
| 09/20/22 | TDA | Draft/revise email to client re: ▇▇▇ | 0.10 |
| 09/21/22 | TDA | Review/analyze email from Sheila re: ▇▇▇ | 0.10 |
| 09/21/22 | TDA | Draft/revise email to client re: ▇▇▇ | 0.20 |
| 09/22/22 | TDA | Review/analyze email from client re: ▇▇▇ | 0.10 |
| 09/23/22 | TDA | Review/analyze Notice of Voluntary Dismissal | 0.10 |
| 09/23/22 | TDA | Review/analyze internal communications re: ▇▇▇ | 0.10 |
| 09/23/22 | TDA | Research ▇▇▇ | 0.30 |
| 09/23/22 | TDA | Review/analyze invoices for insurance fees from ▇▇▇ | 0.10 |
| 09/23/22 | TDA | Communicate with AAL re: Motion for Fees | 0.10 |
| 09/28/22 | TDA | Review/analyze ▇▇▇ | 0.30 |
| 09/28/22 | TDA | Review/analyze Complaint | 0.20 |
| 09/28/22 | TDA | Begin drafting/revising Motion for Attorney's Fees | 1.90 |
| 09/28/22 | TDA | Review/analyze Civil Remedy Notice | 0.30 |
| 09/28/22 | TDA | Review/analyze communications ▇▇▇ | 0.30 |
| 09/28/22 | TDA | Research ▇▇▇ | 1.00 |
| 09/28/22 | MCG | Manage data/files re: ▇▇▇; update network drive with same | 0.20 |
| 10/05/22 | AAL | Communicate with TDA regarding ▇▇▇ | 0.50 |
| 10/05/22 | TDA | Communicate (in firm) w/ AAL re: ▇▇▇ | 0.40 |
| 10/07/22 | AAL | Research ▇▇▇ | 1.60 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/11/22 | TDA | Communicate (in firm) with AAL and MCG re: Motion for Fees and Costs | 0.10 |
| 10/16/22 | TDA | Research ▮▮▮ | 0.40 |
| 10/16/22 | TDA | Research ▮▮▮ | 4.40 |
| 10/16/22 | TDA | Research ▮▮▮ | 1.30 |
| 10/17/22 | MCG | Plan and prepare proposed exhibits to Motion for Fees | 0.70 |
| 10/17/22 | MCG | Revise draft motion for fees | 0.60 |
| 10/17/22 | MCG | Conference with TDA re: ▮▮▮ | 0.20 |
| 10/17/22 | TDA | Draft/revise Motion for Fees: background and procedural history | 0.90 |
| 10/17/22 | TDA | Draft/revise motion for fees: ▮▮▮ | 5.70 |
| 10/17/22 | TDA | Draft/revise motion for fees: ▮▮▮ | 4.10 |
| 10/18/22 | TDA | Review/analyze final version of 17-page Motion for Fees to ▮▮▮ | 1.80 |
| 10/18/22 | TDA | Communicate (in firm) w/ AAL re: drafting motion for fees; discuss ▮▮▮ | 0.40 |
| 10/18/22 | TDA | Review/analyze email from AAL re: ▮▮▮ | 0.10 |
| 10/18/22 | TDA | Review/analyze order closing case | 0.10 |
| 10/18/22 | AAL | Draft/revise motion for fees as to ▮▮▮ | 2.50 |
| 10/18/22 | AAL | Draft/revise motion for fees as to ▮▮▮ | 1.10 |
| 10/19/22 | TDA | Draft/revise Motion for Fees: incorporate AAL's changes ▮▮▮ | 1.80 |
| 10/19/22 | TDA | Draft/revise 23-page Motion for Fees: review final version of the motion for ▮▮▮ | 1.80 |
| 10/19/22 | TDA | Research ▮▮▮ | 3.10 |
| 10/19/22 | TDA | Research ▮▮▮ | 1.30 |
| 10/20/22 | TDA | Review/analyze ▮▮▮ discussed with AAL for purposes of ▮▮▮ | 0.90 |
| 10/20/22 | TDA | Review/analyze ▮▮▮ to determine ▮▮▮ | 0.30 |
| 10/20/22 | TDA | Communicate (in firm) with AAL re: Motion for Fees; discuss ▮▮▮ | 1.20 |
| 10/20/22 | TDA | Review/analyze ▮▮▮ | 0.30 |
| 10/20/22 | TDA | Communicate (in firm) with MCG re: ▮▮▮ | 0.10 |
| 10/20/22 | AAL | Research ▮▮▮ | 3.50 |
| 10/20/22 | AAL | Draft/revise entitlement section for Motion for Fees | 0.90 |
| 10/20/22 | AAL | Communicate on several occasions with TDA regarding ▮▮▮ in Motion for Fees | 0.70 |
| 10/21/22 | AAL | Continue to research any ▮▮▮ | 3.10 |
| 10/21/22 | AAL | Draft/revise/ finalize fee motion | 3.40 |
| 10/21/22 | TDA | Draft/revise Motion for Fees: include AAL's edits and changes, revise 20-page motion for ▮▮▮ | 1.80 |
| 10/21/22 | TDA | Review/analyze fee bills for Motion for Fees | 0.30 |
| 10/21/22 | TDA | Research ▮▮▮ | 0.70 |
| 10/21/22 | MCG | Revise and supplement exhibits to draft Motion for Fees | 0.40 |
| 10/21/22 | MCG | Communicate and serve documents to opposing counsel re: Draft Motion of Fees | 0.20 |
| 11/04/22 | TDA | Review/analyze case status | 0.10 |
| 11/04/22 | TDA | Review/analyze caselaw ▮▮▮ | 0.40 |
| 11/08/22 | AAL | Receipt of letter from counsel regarding Motion for Fees | 0.20 |
| 11/08/22 | AAL | Draft email to opposing counsel regarding conferral letter as to entitlement and amount | 0.10 |
| 11/08/22 | MCG | Manage data/files re: carrier communication related to attorneys fee; update network drive with same | 0.20 |

| Date | TK | Description | Hours |
|---|---|---|---|
| 11/09/22 | TDA | Review/analyze communications with opposing counsel re: conferring | 0.10 |
| 11/09/22 | TDA | Review/analyze letter from opposing counsel re: objection to fees | 0.30 |
| 11/09/22 | TDA | Communicate (in firm) w/ AAL re: ▮▮▮▮▮▮ | 0.20 |
| 11/10/22 | TDA | Communicate (in firm) with AAL re: ▮▮▮▮▮▮ | 0.30 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Li, Arya | 33.80 | 450.00 | $15,210.00 |
| Diniz-Alves, Taynah | 52.00 | 325.00 | $16,900.00 |
| Garcia, Monica C | 7.70 | 230.00 | $1,771.00 |
| **Total fees for this matter** | **93.50 hrs.** | | **$33,881.00** |