# EXHIBIT D

**EXHIBIT D**



**ATTORNEY-CLIENT
PRIVILEGED AND CONFIDENTIAL**

December 7, 2021

*Via E-mail*
Sheila.millard33@gmail.com

Ms. Sheila Millard
President
All American Lube of Boca, Inc.
d/b/a All American Auto Repair
19351 New England Blvd.
Boca Raton, FL 33498

Re:   *Century Surety Company v. All American Lube of Boca, Inc. d/b/a All American Auto Repair*, Case No. 9:21-cv-81935-AMC (S.D. Fla. filed Oct. 19, 2021)

Dear Ms. Millard:

We are pleased All American Lube of Boca, Inc. d/b/a All American Auto Repair (hereinafter "you") has chosen Ver Ploeg & Marino, P.A. to represent its interests in relation to the above-captioned lawsuit. This letter agreement provides for representation of your interests by this firm on an hourly basis in connection with our undertaking as described below. Please carefully review this letter agreement before signing it.

### DESCRIPTION OF ENGAGEMENT

You have engaged us to provide you with legal advice and representation in relation to the captioned lawsuit, *Century Surety Company v. All American Lube of Boca, Inc. d/b/a All American Auto Repair*, Case No. 9:21-cv-81935-AMC (S.D. Fla. filed Oct. 19, 2021) ("Lawsuit"). We have been engaged for the purpose of reviewing materials provided by you, including any applicable insurance policies and papers generated in connection with the Lawsuit and to represent you in the Lawsuit. In addition, and if applicable, we will initiate and respond to communications from the insurer on your behalf, endeavoring, consistent with the law and our ethical obligations to persuade the insurer to amicably resolve the Lawsuit at the least cost to you. In the event bad faith litigation ensues, a separate fee agreement will be entered into which is agreeable both to you and to this firm.

100 S.E. SECOND STREET • SUITE 3300
MIAMI, FLORIDA 33131
T: 305-577-3996 • F: 305-577-3558

301 E. PINE STREET • SUITE 790
ORLANDO, FLORIDA 32801
T: 407-380-9312 • F: 407-601-7905

2400 MARKET STREET • OFFSITE - SUITE 242
PHILADELPHIA, PENNSYLVANIA 19103
T: 267-486-1151 • F: 305-577-3558

CONFIDENTIAL

Ms. Sheila Millard
December 7, 2021
Page 2 of 5

### SERVICES AND FEES

We expect to perform the legal services necessary to accomplish the goals set forth above. You agree to pay us attorney's fees based upon our standard hourly rates in effect at the time the services are rendered. I will be the partner responsible for this matter and will assign such associates and paralegals as may be required from time to time. My standard rate is $450.00/hour. If assigned, associates will bill at a uniform rate of $325.00/hour and paralegals at $230.00/hour. These rates are adjusted to some extent in January each year.  Costs, described below, will be additional.

Periodic statements for fees and costs (in-house charges and out-of-pocket expenses) are due upon receipt.  You agree to be ultimately responsible for costs we deem appropriate for the handling of your matter.  Such costs typically include long-distance telephone calls, courier services, photocopies, faxes, out-of-Dade County travel expenses (including all meals and lodging while out of town), investigations, computer-assisted legal research, deposition expenses, court costs (e.g., filing fees, service of process, subpoena costs, witness fees, etc.), and the fees and expenses of experts, which we deem appropriate for the proper handling of this matter.  Fees and costs will be billed to you approximately monthly.

In the event such bills are not paid within 30 days of the billing date, Ver Ploeg & Marino, P.A. reserves the right to cease any work on your behalf and/or withdraw from representing you until such time as the account is brought up to date, and interest will accrue at the rate of 6% per annum on the unpaid balance.

You agree to perform the following functions:

1. To provide at the inception of this agreement a fee retainer in the amount of $5,000.00, which will be held in trust and credited against a final bill.

2. To pay us promptly for such fees and costs as may be incurred on your behalf in the prosecution of this matter, including any accrued interest.

3. To cooperate fully with us and to provide all information known by, or available to, you which may aid us in representing you in this matter.

You authorize and direct us to take all actions which we deem advisable on your behalf in this matter, except that the following specific decisions must be made by you:

1. Any decisions pertaining to offers to compromise or settle this matter.

2. The decision to undertake discovery or employ experts that will incur costs in excess of $2,000.00 for a single event or series of events.  Any such expenses will generally be billed directly to you, and you agree to timely pay same.

**CONFIDENTIAL**

Ms. Sheila Millard
December 7, 2021
Page 3 of 5

### THE STATUTORY FEE

Florida law entitles insureds whose policies are issued for delivery in Florida to recover their attorneys' fees if they are successful in a lawsuit where their coverage is contested. We take no position herein with respect to whether the statute will apply in this case or to the applicable insurance policy or policies.

### GENERAL MATTERS

We agree to make no compromise or settlement in this matter without your approval as to the specific settlement or compromise. We agree to notify you whenever an offer of settlement or compromise is received by us and to inform you of the amount of that offer and our recommendation as to the acceptability thereof. Likewise, you agree to notify us whenever an offer of settlement or compromise is received directly by you and to inform us of the amount and terms of any such offer.

We agree to assert a diligent effort to assure that you are informed at all times as to the status of the matter and as to the courses of action that are being followed or are being recommended by us. Copies of all materials sent or received by us pertaining to the matters encompassed by our engagement will be provided at you upon request and at your expense.

### TERMINATION

The relationship established by this letter is subject to termination only as follows:

1. We reserve the right to withdraw from representation for any just reason as permitted or required under the Florida Code of Professional Responsibility or as permitted by the rules of Courts of the State of Florida. Notification of withdrawal shall be made in writing to you. In the event of such withdrawal, you agree to promptly pay us for all charges and expenses incurred pursuant to this letter prior to the date of such withdrawal.

2. You reserve the right to terminate our representation for cause if we fail to honor this agreement. Notification of the termination shall be made in writing to us. In the event of any such termination by you, we waive any further rights to compensation relative to the representation except to the extent of the fees and costs we have invested in the case as of the date of termination, less any damages suffered by you as a result of the cause for discharge.

3. You further reserve the right to terminate the representation without cause and to notify us in writing of any such termination. In the event of any such termination, the firm shall be entitled to the fees invested in the case as of the date of termination.

CONFIDENTIAL

Ms. Sheila Millard
December 7, 2021
Page 4 of 5

### PRIVACY NOTICE

You have requested legal services from us which may require us to obtain certain non-public personal information about you and/or your employees or affiliates. As attorneys, we are bound by strict rules of client confidence, which serve to protect the privacy of all your information. We scrupulously adhere to those professional requirements and will continue to do so. Under federal law, however, we are also required to give you specific information about the manner in which we collect such information, the manner in which we provide this information to others (if we do), and the manner in which we protect the security of that information.

In the course of our professional relationship, we may receive non-public, personal information from you, from other professionals rendering services to you and from people, including witnesses, with whom we have contact about you during this representation.

All such information is kept strictly confidential. We do not make this information available to any other person or entity except as necessary to provide the specific legal service you have requested or otherwise required by law, such as during the discovery process in this matter. We assume you do not wish this information shared and we will not release it to anyone (unless compelled by law to do so) without express authorization from you. We maintain this information in our records, which are archived after the matter is closed.

As we have always done, we will continue to maintain physical, electronic and procedural safeguards to ensure that your records, whether in an active file or in an archived file, will remain confidential and private.

If you have any concern that your information is not being properly safeguarded or has been released without your approval, please notify me or Stephen A. Marino, Jr., at this same address, in writing. We will respond to your complaint or inquiry within 10 days.

### ENTIRE AGREEMENT

This letter contains the entire agreement between you and Ver Ploeg & Marino, P.A. regarding this matter and the fees and costs to be paid relative thereto. This letter shall not be modified except by written agreement signed by you and Ver Ploeg & Marino, P.A. This Agreement shall be binding upon you and us and the respective heirs, executors, legal representatives and successors of each.

Representation in this matter will not commence until we receive this Letter Agreement signed by a duly authorized corporate representative and the fee retainer.

CONFIDENTIAL

Ms. Sheila Millard
December 7, 2021
Page 5 of 5

If you agree with the terms set forth herein, please have the person authorized to sign on your behalf acknowledge acceptance by signing and returning to us this letter agreement along with the retainer check.

VER PLOEG & MARINO, P.A.

By: /s/ Arya Li.
     Arya Li

THIS IS A BINDING CONTRACT BETWEEN YOU and VER PLOEG & MARINO, P.A. PLEASE READ IT CAREFULLY BEFORE SIGNING. IF THERE IS ANYTHING YOU DO NOT UNDERSTAND, ASK ABOUT IT. WE ENCOURAGE YOU TO HAVE THIS AGREEMENT REVIEWED BY ANOTHER ATTORNEY OF YOUR CHOICE.

APPROVED AND ACCEPTED:

**ALL AMERICAN LUBE OF BOCA, INC.**
**D/B/A ALL AMERICAN AUTO REPAIR**

By: *Sheila Millard*
Name: Sheila Millard
Title: President
Date: 12/9/2021

1554640

**CONFIDENTIAL**